Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

  Attorneys for Plaintiff
  EVELYN ALFRED

Susana Alcala Wood (SBN 156366)
Sean D. Richmond (SBN 210138)
 srichmond@cityofsacramento.org
CITY OF SACRAMENTO
9151 Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

  Attorneys for Defendants
  CITY OF SACRAMENTO, SACRAMENTO
  POLICE DEPARTMENT, DANIEL HAHN,
  ZACKARY YASONIA, HABIB SANCHEZ,
  and JONATHAN MENNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| EVELYN ALFRED,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, DANIEL HAHN, ZACKARY YASONIA, HABIB SANCHEZ, JONATHAN MENNE, and DOE 4 to 10,<br><br>            Defendants. | Case No. 2:20-cv-00730-MCE-DB<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

1

**NOTICE OF SETTLEMENT**
*Alfred v/ City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00730-MCE-DB

Pursuant to E.D. Cal. L.R. 160(a), the parties—Plaintiff Evelyn Alfred ("Plaintiff") and Defendants City of Sacramento, Sacramento Police Department, Daniel Hahn, Zackary Yasonia, Habib Sanchez, and Jonathan Menne (collectively, "Defendants")—provide notice to the Court that a settlement between the parties has been reached which disposes of this entire action, including all claims alleged by and against all parties.

Dispositional documents will be filed with the Court upon satisfaction of the terms of the parties' settlement agreement. The parties anticipate filing dispositional documents within 21 days, as required by E.D. Cal. L.R. 160(b).

Dated: October 5, 2021

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiff
EVELYN ALFRED

Dated: October 5, 2021

Respectfully Submitted,
CITY OF SACRAMENTO

*/s/ Sean D. Richmond*
(as authorized on October 5, 2021)

By: _____
Susana Alcala Wood
Sean D. Richmond

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, DANIEL HAHN, ZACKARY YASONIA, HABIB SANCHEZ, and JONATHAN MENNE

2

**NOTICE OF SETTLEMENT**
*Alfred v/ City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00730-MCE-DB